# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207–8 | User: sdolan | Date Created: 11/15/2013 |
| Case: 8–10–70260–reg | Form ID: 205 | Total: 5 |

**Recipients of Notice of Electronic Filing:**
tr      Richard L Stern      rstern@maccosternlaw.com
aty      Salvatore LaMonica      sl@lhmlawfirm.com

                          TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db      Arthur O Anderson      12 Veith Avenue      Moriches, NY 11955
aty      LaMonica Herbst &Maniscalco, LLP      3305 Jerusalem Avenue      Wantagh, NY 11793
smg      United States Trustee      Office of the United States Trustee      Long Island Federal Courthouse      560 Federal Plaza      Central Islip, NY 11722–4437

                          TOTAL: 3